```
 1  Henry R. Fenton, State Bar No. 45130
    Dennis E. Lee, State Bar No. 164360
 2  FENTON LAW GROUP, LLP
    1990 S. Bundy Drive # 777
 3  Los Angeles, CA 90025
    Phone: 310-444-5244
 4  Fax: 310-444-5280
    hfenton@fentonlawgroup.com
 5  dlee@fentonlawgroup.com

 6  Attorneys for Relator
    Arash Alborzi, M.D.
 7
```

FILED
CLERK, U.S. DISTRICT COURT
12/11/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___smom___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>     Plaintiff[s],<br><br>          v.<br><br>**[UNDER SEAL]**,<br><br>     Defendant[s]. | No. CV 18-10632 MWF (RAOx)<br><br>**RELATOR'S REQUEST FOR DISMISSAL OF ACTION; CONSENT OF THE UNITED STATES AND THE STATE OF CALIFORNIA; STIPULATION RE UNSEALING OF CASE**<br><br>[FILED UNDER SEAL PURSUANT TO THE FEDERAL FALSE CLAIMS ACT (31 U.S.C. §§ 3730(b)(2) AND (3) AND THE CALIFORNIA FALSE CLAIMS ACT (CA GOVT. CODE § 12650 ET SEQ. ]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

1  Henry R. Fenton, State Bar No. 45130
   Dennis E. Lee, State Bar No. 164360
2  FENTON LAW GROUP, LLP
   1990 S. Bundy Drive # 777
3  Los Angeles, CA 90025
   Phone: 310-444-5244
4  Fax: 310-444-5280
   hfenton@fentonlawgroup.com
5  dlee@fentonlawgroup.com

6  Attorneys for Relator
   Arash Alborzi, M.D.
7

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

| | |
|---|---|
| 11  UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel*. ARASH ALBORZI, M.D., <br><br> 13           Plaintiffs, <br><br> 14                v. <br><br> 15  UNIVERSITY OF SOUTHERN CALIFORNIA; KECK SCHOOL OF MEDICINE OF USC; USC VERDUGO HILLS HOSPITAL; CONCORD HOSPITALIST GROUP; ELEVATE HEALTH GROUP; and DOES 1 through 10, inclusive, <br><br> 19           Defendants. | No. CV 18-10632 MWF (RAOx) <br><br> **RELATOR'S REQUEST FOR DISMISSAL OF ACTION; CONSENT OF THE UNITED STATES AND THE STATE OF CALIFORNIA; STIPULATION RE UNSEALING OF CASE** <br><br> [FILED UNDER SEAL PURSUANT TO THE FEDERAL FALSE CLAIMS ACT (31 U.S.C. §§ 3730(b)(2) AND (3) AND THE CALIFORNIA FALSE CLAIMS ACT (CA GOVT. CODE § 12650, ET SEQ.] <br><br> [LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

**REQUEST FOR DISMISSAL BY RELATOR**

Pursuant to Fed. R. Civ. P. 41(a)(2), *qui tam* plaintiff Arash Alborzi (the "Relator"), hereby requests that the Court dismiss, without prejudice, the above-captioned action ("this action"), and all of his claims against the defendants in this action, including but not limited to, his claims for reasonable attorney's fees, expenses and costs pursuant to the Federal False Claims Act (31 U.S.C. § 3730(d) and the California False Claims Act (CA Gov't Code § 12652(c)()) .

Dated: December 9, 2020          FENTON LAW GROUP, LLP


                                 /s/ Dennis E. Lee
                                 DENNIS E. LEE
                                 Attorneys for Relator Arash Alborzi

**CONSENT OF THE UNITED STATES OF AMERICA AND CALIFORNIA**

In the interests of justice, the Attorney General of the United States of America ("United States") and the State of California, through the undersigned attorneys, hereby consent to the dismissal of this action without prejudice as to the United States and California.

Dated: December 10, 2020          Respectfully submitted,

                                  NICOLA T. HANNA
                                  United States Attorney
                                  DAVID K. BARRETT
                                  Assistant United States Attorney
                                  Chief, Civil Fraud Section


                                  LISA A. PALOMBO
                                  Assistant United States Attorney

                                  Attorneys for the
                                  United States of America

1

XAVIER BECERRA
Attorney General of California

*/s/ Elizabeth S. Voorhies*

ELIZABETH VOORHIES
Deputy Attorney General
Attorneys for the People of the State of California

## STIPULATION RE UNSEALING OF CASE

The United States, the State of California, and the Relator, through their respective attorneys of record and subject to the approval of the Court, stipulate that, of the papers filed or lodged to date with the Court in this action, the following documents should be unsealed:

1. The Relator's Complaint;
2. The Relator's Amended Complaint;
3. The Relator's Request for Dismissal of Action; United States' Consent; Stipulation re Unsealing of Case; and
4. The accompanying proposed Order.

The United States, the State of California, and the Relator further stipulate that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' and California's investigation, and thereby evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Dated: December 10. 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

*/s/ Lisa Palombo*

LISA A. PALOMBO
Assistant United States Attorney

Attorneys for the
United States of America

Dated: December 10, 2020

XAVIER BECERRA
Attorney General of California

*/s/ Elizabeth S. Voorhies*

ELIZABETH VOORHIES
Deputy Attorney General
Attorneys for the People of the State of California

Dated: December 9, 2020

FENTON LAW GROUP, LLP

/s/ Dennis E. Lee
DENNIS E. LEE
Attorneys for Relator

## PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by Fenton Law Group, LLP. My business address is 1990 S. Bundy Drive # 777, Los Angeles, CA 90025.

On December 11, 2020, I served **RELATOR'S REQUEST FOR DISMISSAL OF ACTION; CONSENT OF THE UNITED STATES AND THE STATE OF CALIFORNIA; STIPULATION RE UNSEALING OF CASE** on each person or entity named below by e-mail.

Date of e-mailing: December 11, 2020. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

LISA A. PALOMBO
(Lisa.Palombo@usdoj.gov)
300 N. Los Angeles St.
United States Attorney's Office
Central District of California
Suite 7516
Los Angeles, CA 90012

ELIZABETH VOORHIES
Deputy Attorney General
(Elizabeth.Voorhies@doj.ca.gov)
CALIFORNIA DEPT. OF JUSTICE
Office of the Attorney General
1615 Murphy Canyon Road, Ste. 700
San Diego, CA 92108

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2020, at Los Angeles, California.

Nancy Natelsky

4